JOSEPHINE ANTOINETTE CAMBRELENG, Respondent, *v.* ELLA WARD GRAHAM, Appellant, Impleaded with DOUGLAS GRAHAM et al., Respondents.

*Cambreleng* v. *Graham*, 84 Hun, 550, affirmed.
(Submitted May 3, 1898; decided June 7, 1898.)

APPEAL from a final judgment of the Supreme Court in the first judicial department, entered May 11, 1895, after an affirmance by the late General Term thereof, of an interlocutory judgment in partition in favor of plaintiff, by an order made February 15, 1895.

*F. R. Coudert, Jr.*, for appellant.

*Henry L. Sprague* for respondent.

Judgment and order affirmed, with costs ; no opinion.
All concur, except PARKER, Ch. J., not sitting.